UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

Thomas James Groat

*(Enter full name of plaintiff)*

Plaintiff,

v.

Angie Brandenburg (Head Sheriff)
LT. Greg Klepper, Naphcare
Clackamas County Jail, ET AL.

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:26-cv-01397-MO
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒Yes    ☐No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**        Name: Thomas James Groat
               Street Address: 2206 Koen Rd.
               City, State & Zip Code: Oregon City Or. 97045
               Telephone No.: N/A

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

**Defendant No. 1**    Name: Angie Brandenburg

Street Address: 2206 Kaen Rd

City, State & Zip Code: Oregon City, Or. 97045

Telephone No.: _____

**Defendant No. 2**    Name: Gregg Klepper - clackamas county Jail LT.

Street Address: 2206 Kaen Rd.

City, State & Zip Code: Oregon City Or. 97045

Telephone No.: _____

**Defendant No. 3**    Name: Clackamas county Jail - ET AL.

Street Address: 2206 Kaen Rd

City, State & Zip Code: Oregon City Or 97045

Telephone No.: _____

**Defendant No. 4**    Name: Naphcare medical contractor

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)                    2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

8th Amendment

14th Amendment

### III.  STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

THE DEFENDANTS MENTIONED IN THIS CLAIM FEED AIC'S THROUGH A FEED PORT LOCATED IN A SHOWER AREA, ON MULTIPLE OCCASIONS THE DEFENDANTS FORCED AIC'S TO URINATE IN SAID AREA FOR URINE ANALYSIS (U.A.), THE DEFENDANTS ALSO FEED AIC'S WHILE OTHERS SHOWER, THERE IS MOLD, MILDEW, PAINT CHIPS AND OTHER UNMENTIONABLES RELATED TO CLEANING ONE'S SELF I.E. AIRBORN FECES AND URINE. THERE HAS BEEN NO INMATE WORKER FOR APPROXIMATELY 8 MONTHS, This is tantamont to cruel and unusual punishment, AND DEMONDSTRATS repeated Reckless DISRgARD TO THE AIC SAFTY

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

## Claim III

*State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result.  It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

 ☒Yes        ☐No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

WHAT NEEDS TO HAPPEN FOR THE HEALTH AND SAFTEY OF OTHERS TO BE ENSURED IS MANDATORY ULTRA-VIOLET LIGHT SANITATION THREE TIMES DAILY. END THE PRACTICE OF MEDICAL PROCEDURES AND FEEDING THROUGH THE PORTHOLE LOCATED IN THE SHOWER, MAKE THE JAIL CUT NEW FOOD PORTS IN THE SECOND SET OF PLEXI-GLASS WINDOWS (INSIDE SALLY PORT WINDOW), RE-PAINT THE SHOWER AREA, REMOVE MOLD AND SHOWER-AREA MILDEW, ENCOURAGE A "HEALTH AND SAFETY" MOTIVATED ATTITUDE FOR CORRECTIONAL WORKERS, A PUBLIC APOLOGY FOR ALL WHO HAVE BEEN TREATED AS "LESS THAN" AND DEMEANED BY STAFF FOR RAISING THE ISSUE AND FINALLY I DEMAND NO-LESS THAN $246,000.⁰⁰.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of JUNE , 2026.

Thomas James Groat
*(Signature of Plaintiff)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                     5
[Rev. 01/2018]

Thomas J. Groa[...] 3471
Clackamas County Jail
2206 Waen Rd.
Oregon City, OR 97204

PORTLAND OR RPDC 972

27 JUN 2026  PM 5  L



★ USA ★ FOREVER ★

↑ C/o   Clerk of the Court
Mark O' Hatfield U.S. Courthouse - Room #1307
1000 SW Third Ave,
Portland, OR 97204

97204-294332